PENTLARGE LAW GROUP
Robert J. Jurasek, Attorney
1400 West Benson Blvd., Suite 550
Anchorage, AK 99503-3690
Phone (907) 276-1919
Fax: (907) 276-8000
Email: rjurasek@gci.net
AK Bar No.: 9111071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMBER HART, individually, and on behalf of her minor child, S.C. <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA Engaged in business as UNITED STATES AIR FORCE AND TALKEENTNA CHILD DEVELOPMNET CENTER <br><br> Defendant. | Case No.: 3:14-CV-_____ |

## COMPLAINT

COMES NOW the Plaintiffs, Amber Hart individually and on behalf of S.C, a minor child, by and through their attorneys, PENTLARGE LAW GROUP, and submits their complaint against the Defendant, state and allege as follows:

1. That Plaintiffs are residents of the State of Alaska and were at all times pertinent hereto.

2. That upon information and belief, Defendant Talkeetna Child Development Center is engaged and operated by the United States of America, United States Air Force, on Joint Base Elmendorf Richardson (JBER) in Anchorage, Alaska to provide child care services.

3. On or about August 28, 2012, while under the care of the Talkeetna Child Development Center, operated by United States Air Force, located on Joint Base Elmendorf Richardson (JBER), S.C. was playing outside and not properly supervised. S.C. fell while jumping of a playground pedestal and suffered a mid-shaft fracture to her femur.

6. Plaintiff, S.C.'s accident and injuries were the direct and proximate result of Defendant's negligence in failing to properly train employees and supervise the minor child.

7. Defendant had a duty to properly provide a safe play environment and adequate supervision.

8. Defendant failed to maintain supervision which allowed for the minor child to jump from a dangerous pedestal resulting in Plaintiff, S.C.'s, injuries and damages.

9. Defendant had a duty to warn the parents and minor child of the safety issues/dangers of climbing on playground pedestals.

10. Said failure to warn Plaintiffs of the dangers of climbing on playground pedestals, and failure to provide a safe environment constitutes negligence on the part of the Defendant.

11. As a result of the above-referenced accident, Plaintiffs suffered damages, including but not limited to medical expenses, pain and suffering, loss of income, loss of enjoyment of life, and other damages all in an amount in excess of $100,000.00 the exact amount to be proven at trial.

**COMPLAINT**
*Hart v. USA Case No.:3:14-cv-____*
*Page 2 of 3*

12. Amber Hart, mother of S.C. suffered loss of consortium.

13. Plaintiffs fulfilled the jurisdictional requirement of filing an administrative claim with the General Law Division, Office of the General Counsel on JBER.

WHEREFORE, having stated their Complaint, Plaintiffs pray for judgment against the Defendant as follows:

1. Compensatory damages in an amount in excess of $100,000.00 the exact sum to be proven at trial;

2. For pre-judgment and post-judgment interest at the maximum rate allowable by law;

3. For Plaintiffs costs and attorneys' fees incurred in pursuing this action; and

4. For such other and further relief as the court may deem just and equitable.

DATED at Anchorage, Alaska, this 12 day of August, 2014.

PENTLARGE LAW GROUP
Attorneys for Plaintiff

_____
Robert J. Jurasek
ABA No. 9111071

COMPLAINT
*Hart v. USA Case No.:3:14-cv-*
Page 3 of 3
Case 3:14-cv-00156-TMB   Document 1   Filed 08/12/14   Page 3 of 3