PENTLARGE LAW GROUP
Robert J. Jurasek, Attorney
1400 West Benson Blvd., Suite 550
Anchorage, AK 99503-3690
Phone (907) 276-1919
Fax: (907) 276-8000
Email: rjurasek@gci.net
AK Bar No.: 9111071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMBER HART, individually, and on behalf of her minor child, S.C.<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA Engaged in business as UNITED STATES AIR FORCE AND TALKEENTNA CHILD DEVELOPMNET CENTER<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:14-CV-00156 TMB<br>)<br>) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE PENDING AN ADMINISTRATIVE CLAIM

COMES NOW plaintiffs, by and through their counsel of record and hereby files a Notice of Dismissal without Prejudice Pending an Administrative Claim.

DATED at Anchorage, Alaska, this __1__ day of October, 2014.

PENTLARGE LAW GROUP  
Attorneys for Plaintiff

s/Robert J. Jurasek  
1400 West Benson Blvd., Suite 550  
Anchorage, AK 99503-3690  
Phone (907) 276-1919  
Fax: (907) 276-8000  
Email: rjurasek@gci.net  
AK Bar No.: 9111071

CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2014,
a copy of the foregoing was served
electronically on:

E. Bryan Wilson, Esq.

s/ Robert J. Jurasek

*Hart v. USA Case No.:3:14-cv-00156 TMB*
Page 2 of 2
Case 3:14-cv-00156-TMB   Document 6   Filed 10/01/14   Page 2 of 2